A90A0531. HOWARD v. THE STATE.
(392 SE2d 562)

McMURRAY, Presiding Judge.

This is a direct appeal from an order denying defendant's motion for pretrial bail. Ordinarily, the denial of a motion for pretrial bail is an interlocutory matter requiring a defendant to follow the interlocutory procedure set forth in OCGA § 5-6-34 (b). See *Lane v. State,* 247 Ga. 387 (276 SE2d 644). At one time, pursuant to OCGA § 17-6-1 (c), the legislature provided that the denial of bail in such circumstances was directly appealable. See *Foster v. State,* 165 Ga. App. 137 (299 SE2d 420). Accord *Merritt v. State,* 169 Ga. App. 523, 524 (313 SE2d 780). Effective July 1, 1988, however, the language allowing for a direct appeal in such circumstances was deleted from the applicable Code section. Ga. L. 1988, pp. 358, 362. Defendant's motion for pretrial bail is not a final judgment as defined in OCGA § 5-6-34 (a) (1). Since the defendant has not followed the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b), the appeal must be dismissed.

*Appeal dismissed. Carley, C. J., and Sognier, J., concur.*

DECIDED MARCH 13, 1990.

*Herbert Shafer,* for appellant.

*Tommy K. Floyd, District Attorney, Thomas R. McBerry, Assistant District Attorney,* for appellee.